UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

SONIA BATISTA AKA SONIA DAVILA

                Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 11-23127-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of AMERICA'S SERVICING COMPANY in the within proceeding.

      Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   June 9, 2011
             Amherst, New York

                                              Yours, etc.
                                              STEVEN J. BAUM, P.C.
                                              Attorneys for AMERICA'S SERVICING COMPANY

By: _____
     David A. Haefner, Esq.
     Office and Post Address:
     220 Northpointe Parkway, Suite G
     Amherst, NY 14228
     Telephone 716-204-2400

TO:

    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    300 Quarropas Street
    White Plains, NY 10601

    H. BRUCE BRONSON, JR., ESQ.   Attorney for Debtor
    600 Mamaroneck Ave
    Suite 400
    Harrison, NY 10528-0023

    JEFFREY L. SAPIR, ESQ.       Chapter 13 Trustee
    399 Knollwood Road
    Suite 102
    White Plains, NY 10603