B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Sonia Batista | Case Number: 11-23127 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): America's Serivicing Company as servicer for U.S. Bank National Association, as trustee for CSMC ARMT 2006-3 | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: America's Servicing Company 3476 Stateview Blvd., MAC X7801-014 Fort Mill, SC 29715-7200 Telephone number: | Court Claim Number:_____ *(If known)* Filed on:_____ |
| Name and address where payment should be sent (if different from above): America's Servicing Company One Home Campus MAC X2302-04c Des Moines, IA 50328 Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____741,816.18_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __Mortgage & Note__
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _6201_

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** _____ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $__149,537.97__   **Basis for perfection:** __Mortgage__

**Amount of Secured Claim:** $__741,816.18__   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 06/22/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. David A. Haefner, Esq. Steven J. Baum, P.C. as attorney for Creditor *[signature]* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Sonia Batista  
Case No.  11-23127  
Loan No.  ******6201  

TOTAL AMOUNT OF DEBT

| | | |
|---|---:|---:|
| Principal Balance | | $ 600,000.00 |
| Accrued Interest    Interest at 6.875% | | 106,901.54 |
| Accrued Late Charges | | 1,100.00 |
| Foreclosure Attorney Fees | | 3,130.00 |
| Foreclosure Attorney Costs | | 1,587.00 |
| Escrow Advance | | 30,801.25 |
| Property Inspections | | 295.00 |
| Broker's Price Opinion | | 235.00 |
| (Suspense) | | (2,233.61) |
| TOTAL | | 741,816.18 |

PRE-PETITION ARREARS

| | |
|---|---:|
| 31  Payments at  $3,437.54 | 106,563.74 |
| (December 1, 2009 - June 1, 2011) | |
| Payments contain no escrow portion | |
| Accrued Late Charges | 1,100.00 |
| Foreclosure Attorney Fees | 3,130.00 |
| Foreclosure Attorney Costs | 1,587.00 |
| Escrow Shortage | 38,860.84 |
| Property Inspections | 295.00 |
| Broker's Price Opinion | 235.00 |
| (Suspense) | (2,233.61) |
| TOTAL | 149,537.97 |

***This proof of claim is filed without waiving any and all rights the  
Secured Creditor may have under 11 U.S.C. Section 362, if applicable.

** Post Petition Payment      Due Date:   07/01/11      Amount $   $4,866.51