UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SONIA BATISTA AKA SONIA DAVILA

        Debtor.

**AFFIDAVIT OF MAILING**

Case No.: 11-23127-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

STATE OF NEW YORK    )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO     )

    Kari Jo Lopez, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the City of Buffalo, New York.

    That on the 28th day of June, 2011, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

SONIA BATISTA                  Debtor
123 Summit Avenue
Mt. Vernon, NY 10550

H. BRUCE BRONSON, JR., ESQ.    Attorney for Debtor
600 Mamaroneck Ave
Suite 400
Harrison, NY 10528-0023

JEFFREY L. SAPIR, ESQ.          Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

                                            Kari Jo Lopez

Sworn to before me this 28th day
of June, 2011.

_____
Notary Public

TERI L. BASS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NIAGARA COUNTY
My Commission Expires June 5, 20___